Michael J. Macco  
Chapter 13 Trustee  
2950 Express Drive South, Suite 109  
Islandia, NY 11749  

*This Order relates to a hearing on May 19, 2016*

UNITED STATES BANKRUPTCY COURT  
EASTERN DISTRICT OF NEW YORK  
--------------------------------------------------------X      **tmm1634**  
In re:  

Chapter 13  

ROBERT J. BARTHA  

Case No.: 8-16-70775-reg  

                      Debtor(s)      **ORDER**  
--------------------------------------------------------X  

      Upon the application and motion of the Trustee to determine whether the petition for relief under the provisions of Chapter 13 of Title 11 of the United States Code should be dismissed, and same having come on to be heard before the Honorable Robert E. Grossman on the 19th day of May, 2016, and Michael J. Macco, Chapter 13 Trustee, having appeared in support of the motion, and it appearing to the satisfaction of the Court that the best interests of creditors and the estate require this case be dismissed, and that sufficient cause has been shown, it is

      **ORDERED**, that pursuant to the provisions of 11 U.S.C. §§ 521 & 1307(c), the above referenced Chapter 13 case is hereby dismissed.



Dated: Central Islip, New York  
       May 26, 2016  

                               **Robert E. Grossman**  
                          **United States Bankruptcy Judge**